**Order filed September 17, 2013**



**In The**

# Fourteenth Court of Appeals

_____

**NO.  14-13-00462-CV**

_____

**PAUL STEVEN  JACOBS, Appellant**

**V.**

**IBERIA BANK CORPORATION AND MELISSA ELLEN JACOBS,**
**Appellee**

---

**On Appeal from the 308th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2011-14576B**

---

## ORDER

No reporter's record has been filed in this case.  The official court reporter for the 308th District Court informed this court that appellant had not made arrangements for payment for the reporter's record.  On June 3, 2013, the clerk of this court notified appellant that we would consider and decide those issues that do not require a reporter's record unless appellant, within 15 days of notice, provided

this court with proof of payment for the record. *See* Tex. R. App. P. 37.3(c). Appellant filed no reply.

Accordingly, we order appellant to file a brief in this appeal **within 30** days of the date of this order. If appellant fails to comply with this order, the court will dismiss the appeal for want of prosecution.

PER CURIAM